In the Matter of Proving the Last Will and Testament of Nellie Levy, Deceased. Simon Levy, Appellant; Marion Levy, Respondent.— Decree of the Surrogate's Court of Queens county reversed upon the law and a new trial directed before the surrogate, with costs to abide the event. In our opinion, the proponent made

a *prima facie* case for the probate of the proposed will. (See *Matter of Sizer*, 129 App. Div. 7; affd., 195 N. Y. 528.) Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.